Snediker *v.* Quick.

---

### ISAAC SNEDIKER v. MOSES QUICK.

To constitute a legal service of a rule of court, the copy served must be certified under the signature of the clerk of the court.

*W. Halsted* moved for judgment by default, and produced an affidavit of the service of a copy of the rule to plead on the attorney of the defendant. The copy of the rule served, was in these words " it is ordered, that the defendant plead within thirty days, or that judgment by default be entered against him on motion of W. Halsted, attorney for plaintiff."

*Hamilton* objected, that this was no legal service of the rule. The copy of the rule ought to be certified by the clerk of the court to be a true copy.

BY THE COURT.—The objection is well taken. The copy of the rule is not certified to be a true copy by the clerk of the

court.   Whether it is necessary, that the copy should be under the clerk's own proper hand writing, may admit of a doubt; but on this point the court express no opinion. The copy of the rule must however be certified under the signature of the clerk.

Motion refused.

Cited in *Harwood* v. *Smethurst* 2, *Vroom*, 503.